# EXHIBIT 1

EDWARD C. GAINEY  
MAYOR



RACHEL SHEPHERD  
INTERIM DIRECTOR

CITY OF PITTSBURGH  
COMMISSION ON HUMAN RELATIONS  
CITY-COUNTY BUILDING

October 13, 2023

Sean A. Casey  
100 First Avenue #1010  
First & Market Building  
Pittsburgh, PA 15222

Andrew Swafford  
Littler CaseSmart Counsel  
Sent via email

    **Notice RE:**    **PghCHR Case No. EO-2023-006/EEOC Charge No. 533-2023-00027**  
                       **Maria Gavita v. Trulieve**  
                       **Complainant's Right to Seek Private, Civil Court Action**

Dear Maria Gavita and Trulieve,

Per City Code § 655.07(a), this letter is to notify the parties of the reason(s) that the above captioned case remains open and that the Complainant now has the right to seek private, civil court action based on the allegation(s) of discrimination.

The Pittsburgh Commission on Human Relations' (PghCHR)'s investigation into the above-captioned case has been ongoing for over one (1) year and, to date, no final administrative disposition or settlement agreement has been reached, and the case is not currently in court. The case remains open due to the need for additional interviews and analysis.

Per City Code § 655.07(a), the Complainant is now entitled, although not required, to invoke a private right of action by filing a civil court complaint in the Court of Common Pleas based on their allegation(s) of discrimination.

If the Complainant does file a private court complaint, then, per City Code § 655.07(b), PghCHR asks that they provide a copy to PghCHR. PghCHR will then assess how to proceed with this case. If the Complainant does not file a private court complaint, then PghCHR will continue with

EDWARD C. GAINEY
MAYOR



RACHEL SHEPHERD
INTERIM DIRECTOR

CITY OF PITTSBURGH
COMMISSION ON HUMAN RELATIONS
CITY-COUNTY BUILDING

its current course of action.

Sincerely,

*Rachel Shepherd*

**Rachel Shepherd**
*Interim Director*