IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARIA GAVITA,<br><br>    Plaintiff,<br><br>v.<br><br>TRULIEVE,<br><br>    Defendant. | Civil Action No. 2:24-cv-00037 |

**JOINT MOTION FOR EXTENSION OF TIME TO
COMPLETE ALTERNATIVE DISPUTE RESOLUTION**

Plaintiff Maria Gavita and Defendant Harvest Southwest of Pennsylvania LLC d/b/a Trulieve (incorrectly named in the Complaint as "Trulieve") (hereinafter "the Parties"), by and through their undersigned counsel, jointly move for an extension of time to complete the alternative dispute resolution ("ADR") process and in support of this request state as follows:

1. On May 20, 2024, the Parties submitted their Stipulation Selecting ADR Process noting the Parties selected mediation as their form of ADR, with Mediator Sally Cimini with a date "to be determined." (ECF 11).

2. The Court held its Initial Case Management Conference on May 23, 2024. During the Initial Case Management Conference, the Parties notified the Court of their agreement to hold mediation on or before July 22, 2024. (ECF 14).

3. The Court's ADR Order required that the mediation be conducted before July 22, 2024. (ECF 15).

4. Following the Initial Case Management Conference, counsel for Defendant had an unavoidable scheduling issue arise with the date the Parties originally agreed upon for mediation, July 22, 2024.

5.   The Parties have agreed to re-schedule the mediation for July 23, 2024 at 10:00 a.m.

6.   The Parties respectfully request a one-day extension of their deadline to complete mediation, to accommodate for the rescheduled date of July 23, 2024.

7.   The delay will not prejudice any party, as the parties are engaged in discovery.

8.   A proposed order granting the relief sought is attached hereto.

Respectfully submitted,

*/s/ Sean A. Casey*
Sean A. Casey, Bar No. 79806
sean@caseylegal.com

SEAN A. CASEY, ATTORNEY AT LAW
The Pickering Building
960 Penn Avenue, Suite 1001
Pittsburgh, PA 15222
Telephone:  412.201.9090

*Attorney for Plaintiff*
*Maria Gavita*

*/s/ Andrea M. Kirshenbaum*
Andrea M. Kirshenbaum, Bar No. 88030
akirshenbaum@littler.com
Taylor N. Brailey, Bar No. 324308
tbrailey@littler.com

LITTLER MENDELSON, P.C.
Three Parkway
1601 Cherry Street, Suite 1400
Philadelphia, PA 19102
Telephone:   267.402.3076
Facsimile:   267.940.4639

LITTLER MENDELSON, P.C.
625 Liberty Avenue, 26th Floor
Pittsburgh, PA 15222
Telephone:   412.201.7657
Facsimile:   412.785.2333

*Attorneys for Defendant*
*Harvest Southwest of Pennsylvania, LLC*
*d/b/a Trulieve*

Dated: July 12, 2024