IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARIA GAVITA,<br><br>        Plaintiff,<br><br>v.<br><br>TRULIEVE,<br><br>        Defendant. | Civil Action No. 2:24-cv-00037 |

## ORDER

AND NOW, this ___ day of July, 2024, upon consideration of the Parties' Joint Motion for Extension of Time to Complete Alternative Dispute Resolution, it is hereby ORDERED, ADJUDGED and DECREED that said Motion is GRANTED.  The date by which the Parties must complete alternative dispute resolution is extended to July 23, 2024.

_____
CATHY BISSOON
UNITED STATES DISTRICT JUDGE